AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Collins, Daniel P. | Bankruptcy Court Arizona | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

230 N. 1st Avenue, Suite 601
Phoenix, Arizona 85003

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | University of Arizona Law School Board of Visitors |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |
| 8. | |
| 9. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | May, Potenza, Baran & Gillespie, P.C. -- wages from law practice | $3,541.67 |
| 2. 2013 | May, Potenza, Baran & Gillespie, P.C. -- stock and equipment buyout | $5,800.00 |
| 3. 2013 | May, Potenza, Baran & Gillespie, P.C.--1099 income | $339,280.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Mountain View Family Physicians, PLLC --- K-1 income from medical practice |
| 2. 2013 | Mountain View Family Physicians, PLLC --- K-1 income from medical practice |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 08-22-2013 to 08-23-2013 | Tahoe, California | Speaking at bankruptcy seminar on Valuations | airline trave |
| 2. | National Conference of Bankruptcy Judges | 10-29-2013 to 11-02-2013 | Atlanta, Georgia | Attending annual conference | Hotel expense reimbursement |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. Gonzaga University | College tuition | K |
| 3. University of Southern California | College tuition | K |
| 4. Xavier College Preparatory | High School tuition | K |
| 5. Loyola Marymount University | College tuition | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mountain View Family Physicians, PLLC-- Medical practice | | None | J | W | | | | | |
| 2. 401K #1 | F | Int./Div. | O | T | | | | | |
| 3. -- Openheimer Funds-Cash Reserves | | | | | | | | | |
| 4. -- Openheimer Funds -Value Fund | | | | | | | | | |
| 5. -- Openheimer Funds-Rising Dividends Fund | | | | | | | | | |
| 6. -- Openheimer Funds-Discovery Fund | | | | | | | | | |
| 7. -- Openheimer Funds-Small and MidCap Value Fund | | | | | | | | | |
| 8. -- Openheimer Funds-International Diversified Fund | | | | | | | | | |
| 9. -- Openheimer Funds-Global Strategic Income Fund | | | | | | | | | |
| 10. 401K #2 | C | Int./Div. | M | T | | | | | |
| 11. -- Schwab Investor Money Fund | | | | | | | | | |
| 12. -- Income and Growth ETF Fund 35 | | | | | | | | | |
| 13. Allianz--Bonus Dex Annuity | A | Int./Div. | K | T | | | | | |
| 14. Allianz--Accumulator Bonus Maxx Annuity | A | Int./Div. | K | T | | | | | |
| 15. IRA #1 | C | Int./Div. | L | T | | | | | |
| 16. -- RBC Dain Rauscher Cash and Money Market Fund | | | | | | | | | |
| 17. -- Wells Fargo Utilities Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Templeton Global Bond Fund | | | | | | | | | |
| 19. -- Fidelity Advisors New Insights C Fund | | | | | | | | | |
| 20. -- Ivy Asset Strategy Fund | | | | | | | | | |
| 21. IRA #2 | A | Int./Div. | J | T | | | | | |
| 22. -- Fidelity Advisors New Insights C Fund | | | | | | | | | |
| 23. -- Templeton Select Shares Money Market Fund | | | | | | | | | |
| 24. IRA #3 (SEP IRA) | C | Int./Div. | L | T | | | | | |
| 25. -- Franklin Income Class C Fund | | | | | | | | | |
| 26. --Jennison Natural Resources Fund | | | | | | | | | |
| 27. IRA # 4 | C | Int./Div. | M | T | | | | | |
| 28. -- Vanguard -WellingtonAdmiral Fund | | | | | | | | | |
| 29. -- Vanguard -Windsor II Admiral Fund | | | | | | | | | |
| 30. IRA #5 | C | Int./Div. | M | T | | | | | |
| 31. -- Vanguard-WellingtonAdmiral Fund | | | | | | | | | |
| 32. -- Vanguard -Windsor II Admiral Fund | | | | | | | | | |
| 33. Aviva--Retirement Annuity | A | Int./Div. | K | T | | | | | |
| 34. JP Morgan Chase Bank--savings and checking accounts | A | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Fund | D | Int./Div. | M | T | | | | | |
| 36. Janus Fund | E | Distribution | K | T | | | | | |
| 37. Fidelity-Unique 2012 Fund | A | Int./Div. | L | T | | | | | |
| 38. Vanguard-500 Index Fund | A | Int./Div. | K | T | | | | | |
| 39. American Funds | B | Int./Div. | M | T | | | | | |
| 40. -- Growth Fund of America 529C | | | | | | | | | |
| 41. --Washington Mutual Investors Fund 529C | | | | | | | | | |
| 42. --Income Fund of America 529C | | | | | | | | | |
| 43. --American Balanced Fund 529C | | | | | | | | | |
| 44. --Intermediate Bond Fund of America 529C | | | | | | | | | |
| 45. Merrill Lynch-MILM Equity Portfolio S Fund | A | Int./Div. | K | T | | | | | |
| 46. Franklin Templeton-Aged Based Growth Asset Allocation 13-16 | A | Int./Div. | K | T | | | | | |
| 47. Arizona Bank & Trust | A | Interest | M | T | | | | | |
| 48. Health Savings Account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I have maintained a list of all gifts received at the time of my investiture in April 2013 and the name of each person presenting me with a gift. Virtually all of these gifts were worth less than $25 but one gift (a wind chime) is believed to be worth about $50.

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 05/12/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Daniel P. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544